# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER R. RUTLEDGE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:24-cv-00404-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| WAKE FOREST UNIVERSITY | ) | |
| SCHOOL OF MEDICINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2024 Order.

June 11, 2024

Katherine Hord Simon, Clerk
United States District Court