**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX**
**1100 EAST MAIN STREET, SUITE 501**
**RICHMOND, VIRGINIA 23219-3517**
**WWW.CA4.USCOURTS.GOV**

NWAMAKA ANOWI
    CLERK

TELEPHONE
(804) 916-2700

July 1, 2024

Katherine Hord Simon, Clerk
U.S. District Court
Western District of North Carolina
401 W. Trade Street
Charlotte, NC 28202

Re:    **Rutledge v. Wake Forest University School of Medicine, et al.**
       **3:24-cv-00404-MR**

Dear Ms. Simon:

The enclosed notices of appeal were received by this court on June 26, 2024.

In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition. See FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.")

If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

Sincerely,

Mark E. O'Brien
Chief Deputy Clerk

MEO:cad
Enclosure

cc:    Christopher R. Rutledge (w/ stamped 1st page)
       #0355769
       Neuse Correctional Institution
       P.O. Box 2087
       Goldsboro, NC 27533

Fourth Circuit Court
of Appeals
Case No: 3:24-cv-00404-MR

**RECEIVED**

JUN 26 2024

**U.S. Court of Appeals**
**Fourth Circuit**

Christopher Ruthroe

vs.

1) Wake Forest University
2) Duke University
3) Shannon Ruthroe-Chambee's
4) Stephanie Wilkerson-Yoder
& 280 other's & John Doe
Defendants

Notice of Appeal for
Case No: 3:24-cv-00404-MR
to the Court of Appeals from
Judgement of the District
Court, U.S, Western Division
Charlotte, N.C.
Entered: June 10th, 2024
Pursuant to: 28 U.S.C. 1915(e)(2)(B)(i)-(ii)

The District Court ruled the above case "seriously
Deficient & Frivolous" & was Dismissed without Prejudice
& amended, then Dismissed.

Plaintiff contends he took his 2 minor children out of
the suit on Amendment.

Plaintiff contends he amended the compliant (was able to
get a Prison Tablet & access to the Law Library) & was able to
state a claim for which Relief can be Granted by law
& by the technologies & Constitutional & Human Rights
violations Against me & I can prove the involvement &
responsibility by most named as Defendants & their
involvement & Disregard for my Welfare & Safety &
for those of the future the more these Newer Technologies

Become prevailant in the future & the fact that even now if the Technologies used on me fell into hands of Terrorist, then their would be no need for a Military or Government, I have literally been used & am being used 24 hrs a day like a Puppett & the Defendants are recording & filming me against my will & using the Technologies controling me & my Brain to keep it going no matter how much I have asked, told & pleaded with them to stop. If not for my Daughter's & loyality to a German I know who has stood by me since meeting him in 2016, I honestly would've killed myself in 2023. Even under all the Torture & everyone involved in the Technologies trying to use the Technologies to kill me & keep me & the Federal Government from finding out the Truth, I instead started reading the 4th Edition American Heritage Dictionary & getting staff in the prison to get me maps of the Brain to try to show & prove to the Federal Government & the Courts now (with scientist & pyschiatrist I am calling as witnesses) & will prove the Technologies & how they control my Brain & Body & many other people are using the same Technologies to manipulate & Conspire against the U.S Government & the German Consulate (I keep writing to get involved with a German I know & DARPA).

The District Court & Judge Martin Reidinger are confused as to my suit as I have never stated I am

BEING contacted by the Federal Government or that it is the Federal Governments Technology contacting me & featuring me, the Defendants used the Federal Governments Technologies & monitoring systems (buying the exact same monitoring system's & technologies as stated in my lawsuit that the Federal Government has along with medical Technologies in various fields to be able to manipulate my Nervous System & the Brain & Gland's to be able to beat all Federal Government & University's Monitor's & Technologies) & then built all the other Technologies hiding them behind the Technology from the Federal Government & DARPA. (This is stated in Lawsuit 3:24-cv-00404-MR & the Federal R.I.C.O. claim & request for Criminal Charges filed March 9th, 2024) (R.I.C.O. filed this Morning June 19th, 2024).

Furthermore, my DNA was stolen, I know how it was stolen & my children's mother used a parential consent form to lie & manipulate people in the Medical field to get copies of my medical records, then with Shannon Rutledge-Chamber's (a Grant writer & Graduate of Duke University) her kids (Graduates of Duke University) & In-Laws & Ramey, Jaime & Diane Rutledge (my Mother, Step-father, Step-Brother) they used my stolen DNA, medical records & Genome to get Neuro-technology linked to me & my Brain (without my consent & knowledge) in 2018/2019 & began stealing Idea's from me, filming me & my Barbershop (Bullmoose Barber & Lounge LLC)

Hickory N.C.) $\frac{3}{3}$ making money off me $\frac{7}{7}$ monitoring me so I couldn't catch my childrens mother (& her Mother) who were involved with Randy & Jaime Rutledge (who had a few Hells Angels supporting them they were paying) & Jeff Houston (who was working with some Outlaws & he & Sherman Ferguson ~~FEEE~~) who were working together with my DAUGHTERS mother DOING child pornography & molesting my IDENTICAL twin DAUGHTERS & I have physical proof & have BEEN trying to testify against them since my DAUGHTERS were just a few months old. Jeff Houston is BEST FRIENDS with the District Attorney (Scores) Jay Gaither & The Sheriff (Seemea) Coy Reid of (Catawba County (who's son was a Deputy who WAS CONVICTED of FELONIES while a Deputy) & Lawsuit I filed yesterday will give proof to how ALL of them have CONSPIRED SINCE 2014 (just like they all continue to DO this SECOND controlling my BRAIN with the Technologies created off my stolen DNA) to make money off me & my DAUGHTER'S (ALL NAMED IN this Statement working together) & they BROUGHT IN an Ex-Girlfriend whom I hated from High School in 1994 & haven't spoken to or heard from SINCE High School until September 2023 & I can prove she is USING A stolen consent form from A C.T. Scan June 7th 2021 for a C.T. Scan when she (Stephanie-Wilkerson-Yoder, Wake Forest University, 48 yrs Old, Mental Health Nurse) had already BEEN USING & conspiring AGAINST me before June 7th 2021 & WAS RUNNING illegal Neuro Medical Research Technologies in me with

Shannon Rutledge-Chmazee's & they with Corey Clagett, int September 2023, informed me the CIA also had Technologies in me & allowed the Defendants to run the Medical Research Technologies in me. I found out the CIA & Darpa actually have Newer-Technologies in me, but that the Rutledge's & Baisley's, to keep from getting caught, used an actor to the CIA/Darpa & had clients of mine & some preacher's whom thought my past with woman & the fact I am a National Scientist (I took my Daughter's to their church's so to get my Daughter's to speak up & have someone the FBI would listen to & force the Sheriffs Department to Do something about ~~it~~) being molested they decided to help my children's mother & the Rutledge's & started filming me & doing interviews, while the Rutledge's & their families & Stephanie Wilkerson-Yoder started using the Medical Research Technologies in me Driving insanity, creating mental & emotional problem's I've never had, just to hide the fact they had been running the Newer Technologies in my for year's, that I didn't know about, were filming me & using the same Technologies to do child pornography & molestations of my Daughter's & I have physical proof of everything I state & that they have built technologies to block my hearing, so I never heard anyone in 2021 or before in any Technologies, but to recreate memory, has people try to view it from me in every moniter as long as there's

Technologies to me & my BRAIN ?, to make my BRAIN & mouth & every thing in me Lie ? show I'm telling the Truth in every monitor or vice versa ?, it's not even me speaking or my thoughts.

I can physically prove, with no Technologies, everything I am writing & work with Federal Investigator's, in person with no technologies, to show them where to get all of the evidence to convict everyone. & I can work with Neuro-scientist, with no technologies, to recreate every technology in me & to me & from me to beat every monitor that DARPA, Wake Forest University & Duke University is using to monitor me, from Behaviors, to memory, to thoughts, to everything mentally, psychologically, emotionally & Body movements. (Wake Forest & Duke are Defendants in this lawsuit)

For the REASON stated in: "Brief of the American Bar Association as Amicus Curiae in Support of Respondents"
The Association for Molecular Pathology v. Myriad Genetic's, Inc
2013 WL 1099164 (U.S.) (Appellate Brief)
Supreme Court of the United States    No. 12-398
March 14, 2013

The supreme court has found that DNA & the Human Genome is patent eligible.
Ass'n for Molecular Pathology v. U.S. Patent & Trademark Off.,
689 F.3d 1303 (Fed. Cir. 2012)

& using my DNA & Genome to create technologies & then use my Brain as a Dummy (with Mental & Emotional problems created by the Rutledges & Stephanie Wilkerson Yockeys technologies controlling my Brain) then using other Researcher's & Company's & College's to do research trying to find cures or medications or Neuro ways to treat with other Technologies, the problem's created by the hidden technologies (even technologies & Nanochips in me, using my stolen DNA to produce speech & thought & vision's to the Researcher's, College's, Company's that makes them believe I'm working with them when I'm not, & Never Been. I have been trying to get the Technologies shut down since they've been on & trying to get custody of my Daughter's. & I can't hear the Preacher's or Interviewers either, But they know what they're doing is illegal & have been helping the one's molesting & hiding it of my Daughter's, get away with it. & Everything I state I can physically prove with film, Camera's, recorded Audio & video, from the Courthouse, to film people, to College's, to researcher's, even with thing's recorded from the Neuro-Technologies in me. & Being how I'm an Inmate, they all are doing this Illegally for I never gave consent for it at anytime, being an Inmate not only can I not & have not given consent for any of this, you can't give consent as an inmate for any of this if you wanted to & I have physical proof I have told them this since August 25th, 2023

FREAMS AND ... CDNA to

I'm writing multiple time's & to stop & shut everything down, even writing a PREA sexual harassment/rape grievance to the Secretary (Director) of the N.C. Prison's Todd E. Ishee, & the Defendant's refuse & shut down.

I also have a C.T. Scan & pysche records (& Pyschia kist's & a Mental therapist who know's about the Technologies & are doing what they can to help me get them shut down & are testifying for me) to show not only the Torture the people controling all of the Technologies are doing, but that the Nerve's, Ganglia in my Spine are restricted & swollen due to their Technologies & I am waiting on a MRI, that is scheduled & to go back to the neck & spine specialist at UNC Chapel Hill where I'm gonna ask to be recommended to a Neurologist (24 hrs a day the Defendants are manipulating my Nervous System & using Electromagnetic Force technologies (with the Neural Coding Technologies) Inside my Brain & around my Head & mouth & body so they can control everything in me & around me (as far as Body movement & my speech in person, & speech in my Brain also).

Violations of:

35 U.S.C. 101

35 U.S.C. 102

35 U.S.C. 103

35 U.S.C. 112

35 U.S.C. 271

For these Reason's, I deserve to be heard orally &
taken to a location by the Defense Department & Department
of Justice, where no technologies can access or reach me &
work with them to criminally charge everyone & be given
an opportunity to sue (& my lawsuit 3:24-cv-00404-MR),
not be considered frivolous, & prove my case, my
Innocence & that these technologies were created to
conspire against the U.S. Government & many people as
these Neuro technologies are the way of the future.

Understand these people are doing everything they can to
hide these technologies, especially trying to make me look
mental even as I try to write this (I have an I.Q. in
the 130's & can prove this) & I have no memory or mental
problem's & I can prove this) & trying to destroy my
lawsuits. I built & won a lawsuit with no help, no law library,
no electronics & no technologies, while in prison in 2007-2011,
Christopher Rutledge vs. N.C. Dept. of Corrections
N.C. Industrial Commissions,
When no attorney's would help me or thought I had a chance.
I ask for your understanding, grant my request & send
Federal Investigator's to speak with me, let me give them
everything to criminally charge these people & grant me the
polygraph I ask for by the Federal Investigator's from the
Department of Justice.
I also have 1000's of pages of Notes & the Prison Security Camera's as

EVIDENCE ¾ my Cell phone (Iphone 10xR on T-mobile) from 2020 ¾ 2021, plus medical records ¾ prison staff ¾ the Pyschiatrist ¾ people in the Medical field I am calling as witnesses with my medical records, whom all know about the Technologies ¾ that I have no mental problems, that I'm Not crazy ¾ that I DO know of the sciences of the Brain ¾ everything that makes the Brain operate ¾ where everything in the Brain comes from (memory, thought, insinuation, to the Neuron's, Neurotransmitter's to the chemicals that make them) ¾ the Warden knows of this ¾ refuses to let me Call the CIA & FBI.

I ask that you Review all the evidence I sent to the Clerk of Court, U.S. Charlotte N.C. on April 10th 2024, maybe the Judge Didn't Get All of the evidence sent with the Lawsuit Compliant Statement (It was over 64 pages, ¾ he Stated he only recieved 64 pages, It should've been close to 200 pages in the initial filing).

Then send investigater's in person as soon as possible. I have written to the Catawba Sherriff's Dept. (¾ They are Named as Defendant's in this lawsuit for reason's being back to 2014 you'll find ¾ the Sheriff Don Brown part of the Technologies ¾ Conspiracy ¾ Didn't tell me about them, you will find all of this with evidence I CAN prove going back to 2014 in the lawsuit sent in June 19th 2024 for RICO ¾ Federal Tort) ¾ FBI about my Daughter's still Being Molested ¾ involved in Child pornography (I have carbon copie's) ¾ Both still refuse to

SEND INVESTIGATOR'S when I have actual physical proof of my Daughter Alexa Rutledge (9 yr's old Now) DOING Sexual acts with a Black man. I DREW map's of the BRAIN & what the technologie's are controling, just 7 or 8 area's out of 50 or more & how they are using filming & Christian's & preacher's to do interview's with the Technologies. & how it works with the Quantum Computer controling my BRAIN responding to them, & the one's interviewing & speaking to me (on film & not on film) know I'm not the one speaking to them or communicating with them (this is why they are NAMED as DEFENDANTS & my Lawsuit state's that Christian's & Jew's are Persecuting me & the EVIDENCE of how it's DONE is in the 200 pages sent to the clerks office on April 10th 2024). I GAVE these maps Also to a Deputy Sheriff in the County Jail on April 1st 2024 & he said he would forward them to Sheriff Don Brown for me & I ~~ask~~ told him to make sure the Sheriff forwards them to the FBI for me & have Investigator's come to speak to me in Person, (He NEVER DID)! I can't use or communicate in the Technologies. My Daughter's Are BEING Molested & in child pornography with the same technoleges in their BRAIN & filming technologies to & streamed on the Dark Web on porn site's & I have the proof or I wouldn't BE SUING just to get Federal Investigator's here & for the memory reading & polygraph where NONE of these

& for everyone to stop using technologies on me.
technologies can access me↑ My Daughter's are gonna lie
& say it's not happening? their memory reading & polygraph
will say the same, but I have the proof of how it's done
& can prove it in person once the Federal Investigator's get
here, to show them how my Daughter's are lying & beating
every Neuro polygraph monitor? when I'm telling the Truth
about everything it say's I'm Lying in every, every Neuro-
monitor no exceptions. ?I have the Proof of the Child pornography
If this was an act or frivolous, I wouldn't be wasting
the court's time. I'm trying to protect my Daughter's & make
sure none of these Neuro Technologies that Shannon Ruthroe-
Chamber's? Stephanie Wilkerson-Yoder built with Jaime &
Randy Ruthroe & their Hell's Angels in W-S & Shannon
Ruthroe-Chamber's Black Crip-folk Gang husband, with Sherman
Ferguson (Another ex Federal Inmate Black Folk-Crip  [Robby Chambers]
Gang member) get used on anyone else or anymore kid's
doing child pornography? beating every Neuro monitor the
Government? University's, such as M.I.T. ? John
Hopkins & Caltech Neuroscience Departments, have. These
technologies torture me inside the Brain 24 hrs a day & yet
none of the Government's Neuro-Monitor's pick that up. &
I know how that's done using my Brain as well. It is
not any technologies in me beating the U.S. Government
Dept of Defense monitor's, it's my actual Brain & it's
Nervous System (which controls everything, glands, petrie's, etc..)

? it's BEING contacted By A Quantum Computer & there is other Medical Research Technologies connected to me hiding & covering for the Quantum Computer that controls my complete Central Nervous System & Electromagnetic Years of my whole Body & inside my Brain & around the electromagnetic force of the Defense Department's (DARPA & Gamma's) electromagnetic force technologies. But it is my BRAIN & my KIDS BRAIN & every person that the Defense Dept try's to get monitor's to read's BRAIN, ~~is~~ is BEATING the Defense Department's monitor's. The only way to BEAT the Technologies controlling our BRAINS is to do All memory & Brain reading's & monitoring from A room that I AM in or the person BEING ~~read~~ monitored is in, has to BE in that room, with the monitor's & Technologies so No other technologies CAN Access that room By ANY frequency or signal or matter. Neuro-Technologies ARE just starting out in the Public, I promise I'm Not Lying & what I'm Asking for won't take A Day's worth of time For Federal Investigator's & if I ~~was~~ was wrong than it would kill my Lawsuits & Not waste ANY of the courts time. ~~But~~ ~~So~~ When I am right, it will set thing's & Give an opportunity to Build Firewalls Against ANY technologies to BE Able to do this to ANYONE or ANY Government in the Future & it will prove that I will BE NEEDED to help with the research to do this

with the Department of Defense & their Bio-Computer Engineers, Neuro Scientist & protect my Daughter's & their future & everyone's to come (as crazy as it sounds, I am telling the Truth). I am a National Socialist, it even states this in this Lawsuit, i.e. (that is) Nazi. That should not Be held Against me By the people doing this with all the Neural Coding Technologies, the Research Technologies (that is where the Neural Coding technologies came from to Begin with, everything has a digital footprint, as I have written about since 2021 & to the FBI & CIA in the U.S. Mail since 2023, we can trace & find everything) Filming Technologies & the Christian's, Jew's & minorities they Brought in to do filming to hide it all & make money off filming me & persecuting me Because of my hatred for Religion, Beliefs Against homosexuality & my political views & my past relationships with women Because I don't Believe in Love or marriage. I don't impose or Judge other's, But the Rutledge's used the Neuro technologies I Never knew were in me to get a memory reading & show to people my Belief's to get them to help with filming & all the Medical Research Technologies, to hide what they were already doing to me & my Daughter's.

They already had technologies Built to recreate memory & to control the Brain to Beat polygraph's in 2021. & they continue to Buy more monitor's & more technologies to use to control

The Central Nervous System & continue to beat every monitor & technology that's made to get memory reading's & polygraph's from the person & their Brain (The Brain is a muscle & the Central Nervous System which controls every thing in that muscle from Glands to electricity & even the Conscious itself. This is how they beat every monitor from the Brain) & I can prove I have written this exactly, word for word, with the Definition's to prove I knew "this" since December 2023 ("this" being all the science with the Brain, Gland's, photons, electrons, wave's, etc...). So for everyone in the Federal Government witnessing as I write & thinks that people are telling me what to write because of them saying what I'm writing, my Lawsuit 3:24-cv-00404-MR & the 200 pages of evidence & the Lawsuit I don't have a case number for yet will prove that the people seen talking to me are hiding & covering for the Technologies doing child pornography that are Neuro & also beats every polygraph monitor.

Honorable courts, I wrote this with detail & I have much more to add, once taken to a location no technologies can access me, But I wanted the Federal Investigator's to know not to believe anything from my Brain in any technology or monitor. & Don't believe anyone they think I may be working with because I'm not working with anyone. Even former clients of my Barbershop (ex Homeland Security)

& Police officer's are working with the Rutledges & no one wants it known what's been happening to my Daughter's & no one would help me or them all these years. This is why over 280 people & entities are named in my Lawsuit. This is why I took out another lawsuit June 18th, 2024 for R.I.C.O. & Federal Tort & if the Courts will send Federal Investigator's & grant me the memory reading & polygraph by the Federal Investigator's from the Defense Department & Department of Justice, I will drop the Federal Tort, once they take me from prison to a secure location no technologies or frequency's or even Satelite's can access me, I will sign the paper to drop the Federal Tort part of my Lawsuit & amend it just to sue the Defendants, Film & Media people/media includes communications & Internet), & Medical (Any) ~~North~~ South Amer. Researcher's & Company's & University/Colleges (here & oversea's). My Step-Brother ~~Jaime Rutledge~~ involved in the child pornography, has a barbershop in W-S & cuts people from the Sheriffs Dept in W-S & even set me up & sent me to prison with them in 2003 & has people in the Sheriffs Dept in W-S involved & the Sheriff in Catawba County Don Brown involved (who's Detective messed up the investigation into child pornography when my Daughter's reported it in February 2021 themselves) trying to cover for the Rutledges & ~~the~~ Jeff Houston & my children's mother.

(DON BROWN)

I Even threatened the Shereiff's life in open cewpt February 27th, 2024 & Named him in this lawsuit & know he's been Blocking the Federal Investigatie's from being able to investicate the child pornography of my Daughtee's or cet the evidence from me & talk to me so I can cive them the evidence & tell them how to trace eveeything & det, the evidence to charge & convict the people molestine & doine child pornocraphy of my daughtee's & I have 1000's of pages of notes in my locker to bring to the Federal Investigatie's once they get here to prove I have written this over & over since August 25th, 2023 trying to cet everyone caught Behind the technolocies to me & from me & the child molestation (Rape) & pornography of my Daughtee's.

If I wasn't telling the fouth, All of these people woulon't be involved trying to stop me from exposure it & All of these people woulon't be trying to stop the Federal Investigatie's from coming to speak to me & get the evidence. I stabbed a member of the Outlaws Motorcycle Club/Gang (American Outlaws Association) in the threat Nov 8th 2021 Behind the child pornography of my daughtee's, that's why I'm in prison & he is named in this lawsuit with the Outlaw's (Don Eowin Hawks je). Some of Don Brown's Deputy's are in the Outlaw's. This is not frivolens, I have the physical/videos, recording's & writTen

statements & Social Services reports & phone records
to prove everything I have written & actual picture of
my Daughter performing oral sex on a Black man, Not
even 4 yrs old & I have proof & can prove with technology,
it's Not video, computer generated, that it is real &
authentic & can prove with Technology who the Black
man is. I have stated since August 29TH that I am going to
testify against everyone (Hells Angels, Outlaws, Crip Folk-
Gangster Disciples, everyone) involved especially the film
people & the one's talking to me that looks like I'm
reporting them or working with them in any of the
Technologies. & I have been trying to testify against the
Rutledge's & my children's mother since catching my Daughter's
performing sex acts on each other in December 2020 (5 yrs old &
told me their mom taught them & would video record them while
they did it.

    & I can prove I have no Mental Health problems & I have
evidence to support this in the Federal R.I.C.O. civil
claim sent June 18th 2024 to the Federal Clerk in Greensboro
N.C. & I have Psychiatrist that will testify to this
& I am seeking a mental Health evaluation once all the
technologies are found & shut down & can not access me to
also use for trial in everyone's criminal case & civil
suits against everybody. It's almost impossible to write &
prove everything with all the technologies running in me,
controlling my brain & its nervous system / mental / memory.

9204. Generative Adversarial Network
Defined 15 U.S.C.A. 9204

· "Generative Adversarial Network"..... the machine
learning process ("machine" being my "Brain" to a Quantum
Computer that has a Neural Map & Network of my Nervous
System & a recreated version of memory that matches every-
one else's & their lies) od attempting to cause a
Generator artificial Neural Network (generator) & a discriminator
artificial Neural network (discriminator) to compete against each
other (Discriminator being people talking reading my thoughts
back to me, but my hearing is Blocked & then the Quantum
Computer controlling my physical & chemical Brain & Body & my
CNS showing Idea's or vision's of memory then the Quantum
Computer use's the generator to have my sensory area of
thought response so my Brain is going back & forth with people).
   This is how it looks like I'm hearing & communicating with
people, & people lying & fooling audiences act like they're telling
me what to say, think & Do & they rehearse with the Quantum
Computer Controlling my Brain & Nervous System 24 hrs a Day & I'm
not the one talking or communicating with anyone, the
Quantum Computer in a Technology to my Neural (Nervous System)
Network & Mapped out, is a System I call Neural Coding
Technologies & it controls everything in me (None of my thoughts
or Idea's or Visions or Memory comes from me & my Brain,
my Brain is used as a medium like a router or Server & it's

hacked) ? everything anyone in every monitor is getting from it is coming from a Quantum Computer that controls even my Speech (I'm like a Dummy to a Ventriloquist) ? Body Movements. So the kids they use these Technologies on will be getting molested ? if given polygraph's by the Defense Department will show that they're not being molested ? they believe it ? their memory's will show it never happened. ? if they try to speak on it these Technologies will scramble their sensory area's ? then control their mouth, palate, tongue, tonsils, vocal chords ? muscles of the mouth ? then neural code their brain's neuron's so everything in their brain will match their speech that come's from neural coded thoughts (all lies but looks like they believe it). You can molest a child, watch it happen ? then give them a polygraph from every sensory in their brain (like I've written ? showed the science behind how this is done in both lawsuits, with evidence, but my brain is lying against me in all communication, ? monitor's from me) ? it will show it never happened ? the kid will believe it never happened ? every monitor made (from every Defense Department ? University in the World) will show they're telling the truth that it never happened, even though you witnessed it or did it to the kid. ?, then they do the same to the person that did it (polygraph's ? memory reading) ? it will show the molester never did it, believes it ? the monitor's will say he's telling the Truth. I know this for a fact because they've been using this same

Neuro-technologies (Neural Coding Technologies) in me since May 17th 2021 ; I can prove everything I write with facts & evidence & show the Defense Department & the Federal Courts Investigator's how it works, but I can't do it through any of the Neuro-Brain-Technologies & I have to be taken in person to a location no technologies can access me. I will prove every single person ever seen talking to me in any of the communication technologies is covering & hiding these technologies that have been used to molest & do child pornography of my Daughter's & other kid's as well. They were built by a Shannon Rutledge-Chambee's & Stephanie Wilkerson-Yoder with Randy & Jaime Rutledge, Johnathan Brett Krause, Jeff McGuhie, Billy Hall jr. & the Hells Angels MC in Winston-Salem where all named here are from & a Jason Earnhardt from W-S & Richard Daigle.

Why else would people be acting like they're telling me everything to write, say, do, think & even speak or body movements, that are all on film & recorded & I have physical proof of my Daughter doing child pornography sucking a Black guy's penis, that I witnessed physically (she's only 9 yr's old). Her mother was there also & they use the same Neural Coding Technologies in her so she'll beat every polygraph monitor as well. I was offered 20 million Dollar's last year & help getting out of Prison in September 2023 & I refused & have been writing the FBI

₹ CIA ₹ a German I know since September 2023 ₹ they, FBI, CIA ₹ German ₹ everyone else with the German ₹ Federal Government is being lied to by the people covering for ₹ protecting the Technologies they're using in me ₹ torturing one with since May 17th 2021. I was locked up Nov 8th 2021 ₹ the Technologies went off in February/March 2022 then came back on in August 25th, 2023, I refuse any deals with everyone over all the Technologies, ₹ learned the science behind how they are done in December/January 2023/2024 ₹ have been trying to sue ₹ get Federal Investigator's here in Prison since last year. I am more than willing to testify against everyone over all the Technologies.

Nothing I state from people speaking ₹ rehearsing in ₹ with my brain is psychological or conditioning in any of the Technologies. It is what I state, all Technology controlling my brain, ₹ it's been that way with the same results from me in every monitor since May 17th, 2021 when the Neural Coding Technologies first began. The rehearsing ₹ people seen speaking to me since May 17th, 2021 is just a cover to hide the Technologies I'm speaking about ₹ been trying to repeat since May / June 2021. I have been locked up since finding out what they all are ₹ what they're about ₹ used for, ₹ the Science behind how they work ₹ control the brain ₹ the Medical ₹ Science Technologies ₹ fields used. Unbelievable, but I learned them all on my own, the lawsuit will prove this

& why & how my own mother is covering for the Technologies & molested my step-brother when we were young I never told anyone about & he's behind the child pornography of my daughter's with my children's mother & people in the Hells Angels.

Verification

I, Charlotte Parkhoss Being Duly Sworn, State that I am the Petitioner, and that is are accurate to the best of my knowledge, information & belief,

This is also to certify exempt of Service to all Parties,

This ____18th____ Day of _____June_____ 2024.

_____

Sworn to and Subscribed before me This ____18____
day of ____June____ 202_.

Notary: _____Bernadine Black_____
My Commission Expires: ____8-3-2025____



BERNADINE BLACK
NOTARY
PUBLIC
WAYNE COUNTY, N.C.

Certificate of Service

The undersigned hereby certifies that one copy of the attached Petition has been duly served Pursuant to Rule 26 By placing one copy in the U.S. Mail, postage prepaid and properly addressed as follows:

Clerk of Court
U.S. Court of Appeals
Lewis F. Powell, Jr.
U.S. Courthouse Annex
1100 East Main St.
Suite 501
Richmond, VA. 23219-3517

This: ___21st___ day of ___June___ 2024

Signature: _____

June 21st, 2024

TO: U.S. Clerk,
Court of Appeals

Christopher Rutledge
Opus #0355769
P.O. Box 2087
Goldsboro, N.C.
27533

Subject: Forward a copy
of this to the following
After reading please, the
prison system does not
make copies? Does not
forward or Fax? we have
no way for electronic communication
or email? I have no way to call.

1) The German Consulate in Charlotte N.C.
112 South Tryon St.
Suite 1500
Charlotte, N.C. 28202
704-333-5220

2) U.S. Dept. of Justice
950 Pennsylvannia Ave NW.
Washington, D.C. 20530

3) Chief Judge Martin Reidinger, U.S.
District Court
401 West Trade St. Room 210
Charlotte N.C. 28202

RECEIVED 2024 JUN 26 P 1:29 U.S. COURT OF APPEALS - FOURTH CIRCUIT

4) FBI
9915 Microsoft Way
Charlotte, N.C. 28273
704-672-6100

5) 731
6014th St. N.W.
Washington, D.C. 20535
202-278-2000

6) C.I.A.
1000 Colonial Farm Rd.
Langly, Va 22101

7) GERMAN EMBASSY
4645 Reservoir Rd. N.W.
Washington, D.C. 20007

8) Duke University
Dpt. of Psychology &
Neuro Science

9) Wake Forest University
Bowman Grey School of
MEDICINE Neuroscience Dept.

10) POGO, project on Government
Oversight
P.O. Box 34758
Washington, D.C. 20043
202-347-1122

11) DARPA, Department of
Defense Advance Research Project
Agency
675 North Randolph St.
Arlington, Va 22203-2114
703-526-6630

12) Department of Defense
1400 Defense Blvd.
Washington, VA 20301
703-571-3343

13) Defense Intelligence Agency
7400 Pentagon
Washington, D.C. 20301

14) Defense Science Board
1400 Defense Pentagon
Room 3C152
Washington, D.C.
20301-3140

15) Federal Intelligence
Surveillance

16) Emory School of Law, Intellectual
Property Society & Law & Artificial
Intelligence Society
Paul.kostre@emory.edu

17) Corey Page, L. Hamity  (Attorneys)
    Evans & Page
    2912 Diamond St. #346
    San Francisco, Ca 94131
18) Raymond A. Cardozo (Reed Smith)(Attorney)
    101 Second St. Suite 1800
    San Francisco, Ca 94105
19) Corrie Jay Buck  (Attorney)
    355 South Grand Ave
    Suite 2900 L.A. Cal.
        90071
20) Federal Pro. Se Program
        Room 2070
    San Jose U.S. Courthouse
21) Charks M. Lizza  LLP
    Sarah A. Sullivan
    One Riverfront Plaza,
    1037 Raymond Blvd., Ste. 1520
    Newark, N.J. 07102
22) Edgar H. Haug, Anna N.
    Lukacher, Jessica M. Stookey
    Haug Partners LLP, 745 fifth
    Ave. New York, N.Y. 10151
23) Lawrence Sung, Wiley Rein LLP
    2050 Main St. N.W.
    Washington, D.C. 20036

24) REBEKAH R. CONROY
   STONE CONROY, LLC.
   25 A HANOVER Rd. STE 301
   Florham Park, N.J.
      07932


         Please Fax to each with the enclosed
   Appeal & attach my ADDRESS with the following:
      I CAN NOT RECIEVE electronic email or mail.
   It has to be hard copy sent to the following ADDRESS
   Christopher Rutledge
      opus # 0355769
      P.O. Box 2087
   Goldsboro, N.C.
         27533
   Neuse Correctional
      You can contact the prison to set up a in person
   visit to the ADDRESS:
         701 Stevens Mill Rd.
         Goldsboro, N.C. 27533
         Neuse Correctional
   or Call NEUSE Correctional & set up a phone
   Interview or video call from the prisons programs
   office, Dept.
      I CAN NOT USE OR communicate through ANY NEURO
   technologies BECAUSE I CAN'T ACCESS them & my BRAIN is BEING
   used by the neurohand & like me through the communication's,

AGAINST my will or consent, using stolen medical
records & DNA & creating a cDNA to my neuron's,
to produce everything from my brain like I would
produce naturally into all communication & all monitor's
in every field of science.

This is why I'm suing & the technologies are
still running & why Elon Musk left Neuralink,
his technology with Neuralink is one of them running in
me with stolen DNA & medical records & I never
consented to his technology or anyone's technology. He
is named as well as Neuralink in this lawsuit & my
Federal R.I.C.O. I just sent to the U.S. Clerk
of the Middle District of N.C.

324 W. Market St.
Greensboro, N.C.
27401-2544
under: John Doe & Research Company in the
Federal R.I.C.O. suit sent June 18th, 2024 I
don't have a Case No: for yet.

I am also working on a state claim for my stolen
DNA & medical records here in N.C. against all names
in this suit

¾ MEANS, AND      June 19th, 2024      Christopher Rutkove

opus #0355769
P.O. Box 2087
Goldsboro, N.C.
27533

To: U.S. Court of Appeals, FBI ¾
Deepa ¾ CIA ¾ German Consulate

Subject: Neural Coding/Editing Neurons;
Neuro-Technologies; Civil Lawsuit no: 3:24-cv-00404-MR
¾ R.I.C.O. Suit filed this Morning


    To whom it may concern;
    I ask that you please see all evidence sent physically
to the Clerk of Court, Charlotte N.C. for civil suit 3:24-cv-
00404-MR ¾ this Morning sent to Clerk, U.S. District
Court, Middle District of N.C., 324 W. Market Street
Greensboro, N.C. 27401-2544 for a New Claim for a
R.I.C.O. ¾ Federal Tort Against all Defendants. Review
all statements made by me enclosed ¾ all case law here
¾ in both claim's ¾ you will see I know the Difference's
in technologies ¾ the science behind them ¾ the Human
Brain ¾ ~~Anatomy~~ Anatomy ¾ have someone from the
Department of Defense ¾ Department of Justice have
Scientist ¾ Engineer's in Neuro, Bio ¾ Computational,
Science go over everything ¾ they will concur ¾
confirm what I'm showing is more than possible ¾
the need to speak with me ¾ work with me. I'm not
asking for anything in Return, I don't want to see

these Technologies used on anyone else, as Neuro-Technologies are the way of the future & can benefit humanity, no one deserve's the torture I've been through just so people could get away with molesting children & further criminal acts in the future. To say I've been through a lot of pain in my life is an understatement & I honestly don't believe anyone else could survive what I've been through in these Technologies, they torture you're brain like it's being electrocuted, stabbed & ripping apart 24 hrs a day, but then use your glands & nerves to keep you from killing yourself & fliping out screaming in pain, then use your gland's & Nerves to create emotions in you & thoughts & speech into every moniter made & every communication from you & I don't control any of it, it's unnatural, even though it is my Natural, Chemical, Physical, Brain. They refuse to shut the Neural Coding Technologies down until the federal Investigator's can take me somewhere no technologies can access me, they won't (They are even running Nanochips in me). I never consented to any of these Technologies or using them on me or my Daughter's or to any Nanochips to be put in me (They put them in food & injection's then manipulate them into the bloodstream to the Brain). I have the physical proof to present to a Jury, everything I state & how to find the Technologies & recreate what's been done in me & to give to federal Investigator's & where the evidence is

& how to find everything to be able to criminally charge everyone named in this letter, from Winston-Salem & a Richard Daigler (Buffalo N.Y., lives in Charlotte N.C.) & a Sherman Ferguson lives in Hickory, N.C. & everyone else the Federal Investigator's find. (& everyone from Catawba County & Charlotte & others)

Your help & understanding is & will be greatly appreciated, not just for myself, but for many many people in the World in the future.

Sincerely,

Gregory John LaPlace

opus# 0355767

I am not lying about anything I state. The people could sue me & get away with everything if I was & I could face prison time.

US POSTAGE PITNEY BOWES

$ 002.59⁰

ZIP 27530
02 7H
0001300993

JUN 24 2024

FIRST-CLASS

Christopher Kirkbner
CJUS #035576.9
P.O. Box 2087
Goldsboro, N.C.
27533

Clerk of Clients
"U.S. Court of Appeals
James J. Farrell Jr.
U.S. Courthouse Annex
1100 East Main St.,
Suite 501
Richmond, Va
23219-3517

RECEIVED
U.S. MARSHALS

Legal Mail

Fourth Circuit Court of Appeals
U.S. Courthouse, Richmond, Va.

Christopher Rutledge
    Plaintiff

    vs.

Wake Forest Univer.
Duke Univer.
Shannon Rutledge-Chamber's
Stephanie Wilkerson-Yoder
(their Family's, associates, Company's,
Non-profit's, Church's /Religious
affliates & overseas)
Catawba Sheriff's Dept., N.C.
Catawba Social Services, N.C.
(& 280 Attached)
    DEFENDANTS

    Motion to
Appeal District
Courts Denial for
Appointment of Counsel
As an incarcerated,
Indigent Plaintiff;
3:24-cv-00404-MR
Case Number

RECEIVED
U.S. COURT OF APPEALS
FOURTH CIRCUIT
2024 JUN 26 P 1:28

As "exceptional Circumstances" under Miller v. Simmons, 814 F.2d 962, 966 (4th Cir. 1987) it state's "A Plaintiff may succeed on appeal only if it can be shown that the absence of appointed counsel was so prejudical that the denial amounted to a denial of fundemental fairness, and abuse of discretion on the part of the District court.

I am dealing with Technologies controling my brain ? Central Nervous System, Causing mental ? emotional problems I don't have, ? can prove that I have no Mental Health issues. I faked Mental Health issues to get medication's I didn't need in 2016 just to stay in the children's mother's grace's ? try to stay inbetween ? catch what was happening to my Daughter's. That is why she got it in the custody agreement to speak with Doctor's about me that she eventually used to steal my medical record's ? DNA ? get these Neuro technologies in me in 2018/2019 without my consent or knowledge, to monitor me while I kept trying to catch her in child pornography of my Daughter's ? in 2018/2019 I was already on medication ? seeing a Doctor. She again tried to cover her track's for the fact technologies were already running in me illegally, by stealing my medical records from Catawba Valley Behavioral Health in 2021 may ? I caught her on my way back from talking to the FBI in Charlotte about her doing child pornography of my Daughter's ? my Daughter's admitting it ? me catching them.

Thirdly, under Cohen, this case, neuroscience technologies used in me illegally with stolen DNA/genome & stolen medical records & torturing my brain yet beating every monitor from me by calling me a liar & showing emotion & belief I don't have in these monitor's from my brain & that I can hear when I can't & that I'm not in pain by neuro's & electrons physically burning in my brain where the nerve fibre's closed, then secreting glands to cause emotional & mental problem's I don't have, & using the technologies to control my nerve's & physically move body parts on me without me being able to stop it like I have some robotic prosthetic body parts to try to create psychosis. I ask the honorable courts to reconsider my motion for appointment of indigent counsel as I already have filed a second federal claim dealing with the same people, technologies and circumstances as a R.I.C.O. & federal tort. As well as I've started a state civil claim & requested criminal charges against everyone to sheriff's dept's clerk of courts weeks ago & the U.S. Magistrate & U.S. Clerk of court as well (and even this second I was just told they're gonna steal my mail & not allow my lawsuits to go through or this.

If you read over the evidence (almost 200 pages in lawsuit 3:24-cv-00404-MR) & the evidence from the R.I.C.O. claim, sent this week, you will see & find the science & laws & trademarks for some of the technologies used that are

containing my complete Body & Brain & speech from my mouth in person & how it works & I can show Federal Investigator's when they come how it all works & what it takes & what makes it work.

"Courts which have permitted interlocutory appeals under the reasoning of Cohen have indicated that the particular questions before them were too important & too independant of the Cause itself to require Delay until final Disposition of the case in the District Court.

In Firestone the court reinstated this third tire as one which was not only "where Denial of immediate review would render impossible any review whatsoever." Firestone, 449 U.S. at 376, 100 S.Ct at 675, 66 L.Ed. 2d 580 (quoting U.S. vs. Ryan, 402 U.S. 530, 533, 91 S.Ct. 1580, 1582, 29 L.Ed. 2d 85, 89 (1971).

It is the Plaintiff's opinion that this case is unheard of But Not frivolous Because Neuro technologies are just taking off & Because of the circumstance's & it involves 2 innocent children & alot of people trying to cover their mistake's for not listening to a father just Because I have a criminal Record, a past with women & my Belief's as a Nazi, should not stop justice for these girls & myself when I am saying things within the law to expose the one's doing it & to Build my life from nothing to successful Buisness owner & CEO in less than 10 yr's

from prison with no help, no money & no family.

The appellant has demonstrated that circumstances exist, which preclude the pro se litigant & his ability to put a lawsuit forward to sound credible enough in writing with technologies never been created or approved by the FDA & Federal Neuro Science Board's even with the year's of research by the CIA & DARPA, my knowledge on the subject of Mind Control & my experience with Mind Control Technologies being built in me & all research & knowledge obtained on my own while even knew people try to destroy this appeal & lawsuit & stop me by using the Technologies & speaking in tongues as well to look like they're telling me everything when I can prove in person with no technologies on me exactly how it's done & exactly how my Brain is beating all monitor's from me because I am not lying about anything I have written on paper in this lawsuit & it say's I am in all monitor's by College's, Darpa & FDA.

RALEIGH NC 275

24 JUN 2024 PM 2 L

US POSTAGE ~PITNEY BOWES

ZIP 27530
02.7H
0001309993

$ 000.88⁰
JUN 24 2024

FIRST-CLASS

RECEIVED
U.S. MARSHALS



Choistopher Rutledge
opus # 0355767
P.O. Box 2687
Goldsboro, N.C.
27533

Clerk of Courts
U.S Court of Appeals
Mailed from
Neuse Correctional Institution Lewis F. Powell Jr.
U.S. Courthouse Annex
1100 East Main St. /
Suite 501
Richmond, VA
23219-0357

Legal Mail /